# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CR-20-240-2-F |
| CHARLES GOOCH, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Supplemental Motion to Provide Defendant with Trial Transcript of this matter at Government Expense (Doc. #170), specifically the transcript of the government's closing argument and rebuttal argument as well as the transcript of the hearing held on the defense Motion for Mistrial, filed by Defendant Gooch.

After due consideration and for good cause shown, the Motion is hereby GRANTED.

Dated this 3rd day of December, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0240p049.PO (Gooch).docx