# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 20-CR-240-F ) |
| BOBBY CHRIS MAYES, | ) ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO AMEND JUDGMENT

On November 3, 2023, the Court held a hearing regarding the sentencing of Defendant Bobby Chris Mayes. Prior to that hearing, on the issue of restitution to be awarded, the United States had reached an agreement with Mr. Mayes for the payment of restitution (the "Agreement"). The Agreement was codified as part of a written agreement filed with the Court on June 21, 2023 (Doc. 334.)

On November 9, 2023, the Court issued its Judgment in a Criminal Case (Doc. 375.) On page 6 of that document, there was a list of the amounts of restitution to be paid, including the Name of the Payee and the Restitution Ordered for each Payee. The second line item listed appears to have inadvertently left the "Name of Payee" blank but ordered the Restitution in the amount of $63,476.43. (*Id*.) This clerical error was brought to the

attention of the parties by the Clerk of the Court on February 8, 2024.

Undersigned counsel has communicated with counsel for Mr. Mayes and explained the situation. Specifically, the $63,476.43 amount was agreed by both parties to be payable to "Americredit/GM Financial." This can be confirmed in Document 334, the Parties Agreement Concerning Sentencing, where that precise figure is listed on Page 4 next to "AMERICREDIT/GM FINANCIAL". In addition, there was discrepancy in some of the final restitution calculations that was previously noted by the Court. That discrepancy was addressed by the parties in a Notice Regarding Restitution (Doc. 373) which was filed by the United States. That document again confirmed that the specific figure of $63,476.43 was owed to "Americredit/GM Financial" and that both parties agreed to that figure. (*Id*. at p. 2)

Federal Rule of Criminal Procedure 36 provides that "After giving any notice it considers appropriate, the court may *at any time* correct a clerical error in a judgement…arising from an oversight or omission." (emphasis added). Undersigned counsel received notice of this issue by the Clerk of the Court on February 8, 2024. The same day, undersigned counsel sent an e-mail to counsel for Mr. Mayes, Billy Bock and Bill Zuhdi, informing them of the issue and the need to amend the judgment to list "Americredit/GM Financial" as the "Name of Payee" next to the restitution amount of $63,476.43. Mr. Bock confirmed that Mr. Mayes had no objection to that

amendment by e-mail on February 8, 2024.

Accordingly, all parties having received notice and there being no objection to correcting this clerical error, the United States respectfully requests that the Court's Judgment in a Criminal Case be amended to list "Americredit/GM" as the Name of Payee next to the restitution amount of $63,476.43. No other changes to the Court's Judgement are requested.

    Respectfully submitted,

    ROBERT J. TROESTER
    United States Attorney

    <u>s/ THOMAS B. SNYDER</u>
    THOMAS B. SNYDER (OK 31428)
    Assistant United States Attorney
    210 W. Park Avenue, Suite 400
    Oklahoma City, Oklahoma 73102
    (405) 553-8700 (office)
    (405) 553-8888 (fax)
    thomas.snyder@usdoj.gov

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 9, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants of record in this matter.

                s/THOMAS B. SNYDER
                Assistant United States Attorney